**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

United States of America

    v.                        Criminal No. 06-cr-156-02-PB

Troy Cote

**O R D E R**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.

Mr. Cote was with Ms. Cote when she made her call threatening the confidential informant ("CI") and participated in the background. There is probable cause to believe he engaged in a conspiracy to make a threatening communication and obstruction of justice. There are no combination of conditions which would assure the safety of the CI. The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable

opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: January 12, 2007

cc:   Helen Fitzgibbon, Esq.
      Tony Soltani, Esq.
      R. Brian Snow, Esq.
      U.S. Marshal
      U.S. Probation