```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**     Case No. 06-cr-156-02-PB

**Troy Cote, et al.**


**O R D E R**

Defendant Troy Cote has moved, through counsel, to continue the March 6, 2007 trial in the above case, citing the need for additional time to engage in plea negotiations or prepare a defense.  The government and co-defendant, Rose Cote, do not object to a continuance of the trial date.

Accordingly, to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 6, 2007 to May 1, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The February 23, 2007 final pretrial conference is continued to April 17, 2007 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 22, 2007

cc:  R. Brian Snow, Esq.
     Tony Soltani, Esq.
     Helen Fitzgibbon, AUSA
     United States Probation
     United States Marshal